Harley-Davidson of Atlanta, Inc.
Payroll Register
For the Period From Sep 11, 2008 to Nov 14, 2008

Filter Criteria includes: 1) Employee Names from REBECCA TAYLOR to rEBECCA TAYLOR. Report order is by Check Date. Report is printed in Detail Format.

| Employee ID / Employee / SS No / Reference / Date | Pay Type | Pay Hrs | Pay Amt | Amount | Gross / State / Misc_Ded / Dental Ins / S/T Disab / Medicare_ER | Fed_Income / Local / Acct_Rec / Combined In / L/T Disab / FUTA_ER | Soc_Sec / 401K / K401 / Gap Ins / Nextel / SUI_ER | Medicare / Health_Ins / AFLAC / Life Ins / Soc_Sec_ER / K401_ER |
|---|---|---|---|---|---|---|---|---|
| TAYLORR / REBECCA TAYLOR / 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 / DP7280 / 9/12/08 | Salary-Fl / Comm-Veh / Comm-Fl | | 200.00 / 798.33 / 70.00 | 821.40 | 1,068.33 / -48.06 / / -7.15 / -3.16 / -15.16 | -88.55 / / / / -4.62 / | -64.84 / / / / / | -15.16 / -15.39 / / / -64.84 / |
| TAYLORR / REBECCA TAYLOR / 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 / DP7308 / 9/19/08 | Salary-Fl / Comm-Veh / Comm-Fl | | 200.00 / 500.00 / 69.95 | 608.51 | 769.95 / -30.15 / / -7.15 / -3.16 / -10.84 | -43.79 / / / / -4.62 / | -46.34 / / / / / | -10.84 / -15.39 / / / -46.34 / |
| TAYLORR / REBECCA TAYLOR / 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 / DP7336 / 9/26/08 | Salary-Fl / Comm-Veh / Comm-Fl | | 200.00 / 800.00 / 60.70 | 815.95 | 1,060.70 / -47.60 / / -7.15 / -3.16 / -15.05 | -87.41 / / / / -4.62 / | -64.37 / / / / / | -15.05 / -15.39 / / / -64.37 / |
| TAYLORR / REBECCA TAYLOR / 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 / DP7364 / 10/3/08 | Salary-Fl / Comm-Veh / Comm-Fl | | 200.00 / 1,500.00 / 80.70 | 1,312.80 | 1,780.70 / -90.80 / / -7.15 / -3.16 / -25.49 | -212.28 / / / / -4.62 / | -109.01 / / / / / | -25.49 / -15.39 / / / -109.01 / |
| TAYLORR / REBECCA TAYLOR / 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 / DP7396 / 10/10/08 | Salary-Veh / Salary-Fl / Comm-Veh / Comm-Fl | | 200.00 / 200.00 / 150.00 / 10.00 | 332.05 | 560.00 / -17.56 / -120.79 / -7.15 / -3.16 / -7.79 | -18.17 / / / / -4.62 / | -33.32 / / / / / | -7.79 / -15.39 / / / -33.32 / |
| TAYLORR / REBECCA TAYLOR / 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 / DP7428 / 10/17/08 | Salary-Fl / Comm-Veh / Comm-Othe | | 472.86 / 300.00 / 47.88 | 475.98 | 820.74 / -33.20 / -168.77 / -7.15 / -3.16 / -11.57 | -51.41 / / / / -4.62 / | -49.49 / / / / / | -11.57 / -15.39 / / / -49.49 / |
| TAYLORR / REBECCA TAYLOR / 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 | Salary-Fl / Comm-Veh | | 200.00 / 100.00 | 245.55 | 300.00 / -2.91 | | -17.20 | -4.02 / -15.39 |

Harley-Davidson of Atlanta, Inc.
Payroll Register
For the Period From Sep 11, 2008 to Nov 14, 2008

Filter Criteria includes: 1) Employee Names from REBECCA TAYLOR to rEBECCA TAYLOR. Report order is by Check Date. Report is printed in Detail Format.

| Employee ID / Employee / SS No / Reference / Date | Pay Type | Pay Hrs | Pay Amt | Amount | Gross / State / Misc_Ded / Dental Ins / S/T Disab / Medicare_ER | Fed_Income / Local / Acct_Rec / Combined In / L/T Disab / FUTA_ER | Soc_Sec / 401K / K401 / Gap Ins / Nextel / SUI_ER | Medicare / Health_Ins / AFLAC / Life Ins / Soc_Sec_ER / K401_ER |
|---|---|---|---|---|---|---|---|---|
| DP7459 / 10/24/08 | | | | | -7.15 / -3.16 / / / / -4.02 | / -4.62 / / / / | | / -17.20 / / / / |
| TAYLORR / REBECCA TAYLOR / 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 / DP7492 / 10/31/08 | Salary-Fl / Comm-Veh / Comm-Fl | | 250.00 / 503.92 / 93.75 | 399.99 | 847.67 / -33.29 / -243.88 / -7.15 / -3.16 / -11.96 | -51.64 / / / / -4.62 / | -51.16 / / -25.43 / / / | -11.96 / -15.39 / / / -51.16 / -25.43 |
| TAYLORR / REBECCA TAYLOR / 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 / DP7523 / 11/7/08 | Salary-Fl / Comm-Veh / Comm-Fl / Comm-Othe | | 400.00 / 1,297.55 / 72.50 / 33.79 | 987.66 | 1,803.84 / -92.19 / -339.33 / -7.15 / -3.16 / -25.83 | -218.07 / / / / -4.62 / | -110.44 / / / / / | -25.83 / -15.39 / / / -110.44 / |
| TAYLORR / REBECCA TAYLOR / 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 / DP7553 / 11/14/08 | Salary-Fl / Comm-Veh / Comm-Fl | | 875.00 / 300.00 / 80.70 | 708.73 | 1,255.70 / -59.30 / -246.35 / -7.15 / -3.16 / -17.88 | -116.66 / / / / -4.62 / | -76.46 / / / / / | -17.88 / -15.39 / / / -76.46 / |
| Summary Total / 9/11/08 thru 9/30/08 | Salary-Fl / Comm-Veh / Comm-Fl | | 600.00 / 2,098.33 / 200.65 | 2,245.86 | 2,898.98 / -125.81 / / / -21.45 / -9.48 / -41.05 | -219.75 / / / / / -13.86 / | -175.55 / / / / / | -41.05 / -46.17 / / / -175.55 / |
| Summary Total / 10/1/08 thru 11/14/08 | Salary-Vch / Salary-Fl / Comm-Veh / Comm-Fl / Comm-Othe | | 200.00 / 2,597.86 / 4,151.47 / 337.65 / 81.67 | 4,462.76 | 7,368.65 / -329.25 / -1,119.12 / -50.05 / -22.12 / -104.54 | -668.23 / / / / / -32.34 | -447.08 / / -25.43 / / | -104.54 / -107.73 / / / -447.08 / -25.43 |
| Report Date Final Total / 9/11/08 thru 11/14/08 | Salary-Vch / Salary-Fl / Comm-Veh / Comm-Fl / Comm-Othe | | 200.00 / 3,197.86 / 6,249.80 / 538.30 / 81.67 | 6,708.62 | 10,267.63 / -455.06 / -1,119.12 / -71.50 / -31.60 | -887.98 / / / / / -46.20 | -622.63 / / -25.43 / / | -145.59 / -153.90 / / / -622.63 / |

## Harley-Davidson of Atlanta, Inc.
## Payroll Register
### For the Period From Sep 11, 2008 to Nov 14, 2008

Filter Criteria includes: 1) Employee Names from REBECCA TAYLOR to rEBECCA TAYLOR. Report order is by Check Date. Report is printed in Detail Format.

| Employee ID | Pay Type | Pay Hrs | Pay Amt | Amount | Gross | Fed_Income | Soc_Sec | Medicare |
|---|---|---|---|---|---|---|---|---|
| Employee | | | | | State | Local | 401K | Health_Ins |
| SS No | | | | | Misc_Ded | Acct_Rec | K401 | AFLAC |
| Reference | | | | | Dental Ins | Combined In | Gap Ins | Life Ins |
| Date | | | | | S/T Disab | L/T Disab | Nextel | Soc_Sec_ER |
| | | | | | Medicare_ER | FUTA_ER | SUI_ER | K401_ER |
| | | | | | -145.59 | | | -25.43 |